UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| Michael Anthony P., | : | Case No.: 1:25-cv-12172 |
| | : | |
| *Plaintiff,* | : | Honorable Patricia T. Morris |
| | : | United States Magistrate Judge |
| v. | : | |
| | : | |
| Commissioner of Social Security, | : | |
| | : | |
| *Defendant.* | : | |

## STIPULATION TO REMAND TO THE COMMISSIONER

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order reversing and remanding the above-captioned case to the Commissioner for further administrative action.

Should the Court grant the stipulation to remand, per the Sixth Circuit's recent decision in *Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th Cir. 2026), it should articulate that it is reversing and remanding for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) and specify the merits errors that ground it.  The parties agree that this Court should enter judgment reversing and remanding to the agency for further administrative proceedings based on deficits in the Administrative Law Judge's consideration of the medical opinion evidence.

On remand, the Appeals Council will instruct the Administrative Law Judge to further consider Plaintiff's claim and re-evaluate his residual functional capacity, taking any further action necessary to complete the administrative record and issuing another decision.

Dated: March 25, 2026

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

**/s/ Kelly L. Nizzari**
Kelly L. Nizzari
Special Assistant United States Attorney
Law & Policy, Program Litigation 4
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: (410) 965-0247
Email: Kelly.L.Nizzari@ssa.gov

Local Counsel:
Zak Toomey; Bar No. MO 61618
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9628
Email: usamie.ecfcivildcu@usdoj.gov

***Counsel for Defendant***

Dated: March 25, 2026

/s/ **Eddy Pierre Pierre**[1]
Eddy Pierre Pierre
Pierre Pierre Law, P.C.
4750 Venture Drive
Suite 400
Ann Arbor, MI 48108
Phone: (646) 992-8383
Fax: (718) 504-6962
Email: epierre2@pierrepierrelaw.com

*Counsel for Plaintiff*

---

[1] Signed by Special Assistant United States Attorney Kelly Nizzari with consent, obtained by email on March 25, 2026.

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that the undersigned emailed an encrypted copy of the document to Eddy Pierre Pierre at: epierre2@pierrepierrelaw.com.

**/s/ Kelly L. Nizzari**
Kelly L. Nizzari
Special Assistant United States Attorney
Law & Policy, Program Litigation 4
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: (410) 965-0247
Email: Kelly.L.Nizzari@ssa.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| Michael Anthony P., | : | Case No.: 1:25-cv-12172 |
| | : | |
| *Plaintiff,* | : | Honorable Patricia T. Morris |
| | : | United States Magistrate Judge |
| v. | : | |
| | : | |
| Commissioner of Social Security, | : | |
| | : | |
| *Defendant.* | : | |

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is reversed and remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).  This case is being remanded on the merits to permit the Administrative Law Judge to give further consideration to the medical opinion evidence.  On remand, the Administrative Law Judge will further consider Plaintiff's claim, take any further action necessary to complete the administrative record, and issue a new decision.

Dated: March 26, 2026

s/ Patricia T. Morris
Honorable Patricia T. Morris
United States Magistrate Judge